No. 02–8609. MIDDLETON v. COCKRELL, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Certiorari denied.

No. 02–8613. JIMENEZ v. ARIZONA. Super. Ct. Ariz., Maricopa
County. Certiorari denied.

No. 02–8615. KEELING v. PENNSYLVANIA. Super. Ct. Pa.
Certiorari denied. 

No. 02–8619. BOWLING v. KENTUCKY. Sup. Ct. Ky. Certio-
rari denied. 

No. 02–8624. BLACKWOOD v. MARTIN ET AL. Ct. App. Tenn.
Certiorari denied.

No. 02–8625. ALLEN v. DUNCAN, SUPERINTENDENT, GREAT
MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari
denied.

No. 02–8626. WILLIAMS v. STURM. C. A. 3d Cir. Certiorari
denied. 

No. 02–8627. NICHOLS v. UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS. C. A. 8th Cir. Cer-
tiorari denied.

No. 02–8628. PEARSON v. PEARSON. Ct. Civ. App. Ala. Cer-
tiorari denied. 

No. 02–8630. CORBIN v. MAINE DEPARTMENT OF HUMAN
SERVICES ET AL. Sup. Jud. Ct. Me. Certiorari denied. 

No. 02–8633. NWAOKOCHA, AKA MBA v. HAGGE ET AL. C. A.
2d Cir. Certiorari denied. 

No. 02–8634. SPENCER v. CHESTER, SUPERINTENDENT, CRA-
VEN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari de-
nied. 

No. 02–8635. BOUCHEREAU v. FISCHER, SUPERINTENDENT,
SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari
denied.

No. 02–8637. ALLEN v. EPPS, COMMISSIONER, MISSISSIPPI DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari
denied.